In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00138-CV
_____

**STACY REYNOLDS, Appellant**

**V.**

**THOMAS PAPALEXIOU, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 16-11-13397-CV**

**ORDER**

Stacy Reynolds, appellant, filed a suggestion of bankruptcy with the trial court. This appeal is abated for administrative purposes only and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ENTERED October 31, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

1